

Suite 500
902 Carnegie Center
Princeton, NJ 08540-6531
+1 609 955 3200 Main
+1 609 955 3259 Fax
www.dechert.com

BRIAN GOLDBERG

brian.goldberg@dechert.com
+1 609 955 3205 Direct
+1 609 955 3259 Fax

September 14, 2015

**VIA ECF**

Honorable Thomas P. Griesa, U.S.D.J.
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007-1312

Re: *Endo Pharmaceuticals Inc., et al. v. Actavis Inc., et al., No. 13-cv-0436;*
*Endo Pharmaceuticals Inc. v. Actavis Inc., et al., No. 12-cv-8985;*
*Endo Pharmaceuticals Inc., et al. v. Amneal Pharms., LLC, et al., No. 12-cv-8115;*
*Endo Pharmaceuticals Inc., et al. v. Impax Labs., Inc., No. 13-cv-0435;*
*Endo Pharmaceuticals Inc., et al. v. Impax Labs., Inc. et al., No. 12-cv-8317;*
*Endo Pharmaceuticals Inc. v. Ranbaxy Labs. Ltd., et al., No. 13-cv-4343;*
*Endo Pharmaceuticals Inc., et al. v. Ranbaxy Labs. Ltd., et al., No. 13-cv-8597;*
*Endo Pharmaceuticals Inc. v. Roxane Labs., No. 13-cv-3288;*
*Endo Pharmaceuticals Inc., et al. v. Teva Pharms. USA, Inc., et al., No. 12-cv-8060*

Dear Judge Griesa:

I write on behalf of Plaintiffs Endo Pharmaceuticals Inc. and Grünenthal GmbH in the above-referenced Hatch-Waxman cases. Last Friday, notices of appeal were filed in all of the above-referenced cases except case nos. 12-cv-8985 and 13-cv-3288. The parties anticipate that notices of appeal will be filed upon the resolution of the pending Rule 59(e) motions in those cases as well. Due to these pending and anticipated appeals, the parties have conferred and agree, subject to Your Honor's approval, that it will be in the interests of judicial economy to defer submission of any application for costs or attorneys' fees in these cases until after any such appeals have been resolved.





Accordingly, we respectfully submit the enclosed Consent Order reflecting the parties' agreement for your approval.

Please do not hesitate to contact me should Your Honor have any questions.

Respectfully submitted,

Brian M. Goldberg

Enclosure

cc: Counsel of Record